### KLEINBERG et al. v. DEUTSCH.

(Supreme Court, Appellate Term. March 5, 1909.)

JUDGMENT (§ 251*)—EVIDENCE TO SUPPORT.

Where, in an action for goods sold and delivered, the answer admits plaintiff's claims to a certain amount, plaintiff being entitled to judgment for at least the amount admitted, a judgment for defendant is erroneous.

[Ed. Note.—For other cases, see Judgment, Dec. Dig. § 251.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Nathan Kleinberg and another against Emil Deutsch for goods sold and delivered. From a judgment for defendant, plaintiffs appeal. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and MacLEAN and DAYTON, JJ.

Leon Dashew, for appellants.

Charles W. Groll, for respondent.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

PER CURIAM. The action is for goods sold and delivered. Judgment was given for defendant, with $15 costs. Plaintiffs appeal. Inasmuch as the answer admits the claim to the extent of $47.78, plaintiffs were entitled to at least that sum.

Judgment reversed, and new trial ordered, with costs to appellants to abide the event.